# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CARLA JENKINS

VERSUS

IISHA JOHNSON

NO.   2019 CW 0985

**JULY 29, 2019**

---

In Re:   Iisha Johnson, applying for supervisory writs, Bogalusa City Court, Parish of Washington, No. 61167-19.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.**   The trial court's "Notice of Estimated Costs for Appeal" is vacated.   The trial court granted pauper status to defendant, Iisha Johnson, and accordingly, she is not required to prepay the costs listed for transcript of hearing, certified copies of transcript and copy of file, totaling $460.00.   See La. Code Civ. P. art. 5185(A)(1).   Furthermore, we find the trial court abused its discretion in setting the suspensive appeal bond in the amount of $6,000.00.   An alternative in such cases in the setting of such bonds is to require the appealing party to pay her rent into the registry of the court each month as it becomes due, and we find that this alternative would be reasonable herein. Accordingly, we remand this matter with instructions to the trial court to set the suspensive appeal bond in this manner.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT